ROBERT V. DAVISON, ESQ.
ATTORNEY AT LAW

NEW BRIDGE CENTER, SUITE 302
480 PIERCE STREET
KINGSTON, PA 18704

TELEPHONE (570) 331-2483            e-mail: rdavison@epix.net            FACSIMILE (570) 331-2493

September 5, 2002

Honorable A. Richard Caputo
Judge's Chambers
William J. Nealon Federal Bldg.
235 N. Washington Street
P.O. Box 1148
Scranton, PA 18501

FILED
SCRANTON

SEP 0 9 2002

PER _____
DEPUTY CLERK

RE:  Green v. Scott Twp., et al.
     (No. 3:CV-00-2257)
     Lennartz v. Scott Twp., et al.
     (No. 3:CV-00-2258)

Dear Judge Caputo:

This is to advise the Court that the parties to the above-captioned matter have settled and that further proceedings are no longer necessary.

Thank you for your extended courtesies.

With warmest professional regards.

Very sincerely,

ROBERT V. DAVISON
Attorney at Law

cc: Robin Snyder, Esq.
    Robert B. Green
    Manfred Lennartz